# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | |
|---|---|
| In re: ) | |
| **THOMAS EDGAR STEWART**, ) | |
| Debtor. ) | **Case No. 3:16-bk-31779-SHB** |
| ) | **Chapter 7** |
| **RICK N. MCGILL, THE HEXAGON CO., L.L.C.,** ) | |
| **and, A.AUTOBUYERS, LLC,** ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **Adv. Proc. No.:  3:16-ap-03027-SHB** |
| ) | |
| **THOMAS EDGAR STEWART,** ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Come Rick N. McGill, The Hexagon Co., L.L.C. and A.Autobuyers, LLC (collectively the "Plaintiffs") and Thomas Edgar Stewart ("Defendant"), pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, and respectfully submit to the Court that they have agreed to and jointly stipulate to the dismissal of Plaintiffs' claims in the above-captioned adversary proceeding.  This Joint Stipulation of Dismissal concludes the matter in its entirety.

Respectfully submitted this 28th day of December, 2017.

**Hodges, Doughty & Carson, PLLC**

By:/s/Oliver D. Adams
    Oliver D. Adams   BPR #026164
    Attorney for Plaintiffs
    617 W. Main Street
    Knoxville, Tennessee  37902
    (865) 292-2307

**Quist, Fitzpatrick & Jarrard, PLLC**

By: /s/  Ryan E. Jarrard
    Ryan E. Jarrard   BPR#024525
    Attorney for Defendant
    2121 First Tennessee Plaza
    800 S. Gay Street
    Knoxville, Tennessee  37929
    (865) 524-1873